## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE: GARY W. THOMSON | : No. 539 MAL 2020 |
| | : |
| | : |
| PETITION OF: JAMES W. THOMSON-CALIENDO | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 17th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.